```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Dawnomah Dubois

    v.

Civil No. 14-cv-451-LM

US Social Security Administration,
Acting Commissioner


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 28, 2015.

    SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: November 18, 2015

cc: Laurie Alice Smith, Esq.
      D. Lance Tillinghast, Esq.
      Michael T. McCormack, Esq.